COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Richard Barroso v. State of Texas, TDCJ Ramsey One Unit Personnel

Appellate case number:   01-19-00810-CV

Trial court case number:  92497-I

Trial court:                    412th District Court of Brazoria County

Appellant filed an affidavit of inability to pay costs in the trial court. The appellate record does not indicate that the trial court overruled the party's claim of indigence. *See* TEX. R. APP. 20.1(b)(1). Appellant also filed a statement of inability to afford costs in this Court. We construe appellant's filing as his communication that he is presumed indigent. *See* TEX. R. APP. 20.1(b)(2). Appellant may therefore proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

The trial court clerk is **ORDERED** to provide a complete copy of the clerk's record and the reporter's record to appellant without charge. *See* TEX. R. CIV. P. 145.

Judge's signature: _____/s/ Sherry Radack_____
                         ☒ Acting individually    ☐ Acting for the Court

Date:    April 28, 2020____